PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Malek Washington      **Docket Number:** 10-00853-001
**PACTS Number:** 56057

**Name of Judicial Officer:** The Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

**Date of Original Sentence:** 07/26/2010

**Original Offense:** Possession with Intent to Distribute Heroin.

**Original Sentence:** 30 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release      **Date Supervision Commenced:** 08/17/2010

**Assistant U.S. Attorney:** To Be Assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To Be Assigned, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-634

---

## PETITIONING THE COURT

[X] To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**The defendant must pay the total criminal monetary penalties und the Schedule of Payments sheet. Assessment Totals $100.**' |
| | Washington has not made any payments towards his special assessment obligation. The outstanding balance is $100. |
| 2 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | Since the commencement of supervision the offender has only submitted *Monthly Supervision Reports* for August 2010 and October 2010. |

PROB 12C - Page 2
Malek Washington

3      The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Washington is unemployed. He was not excused by the probation office from the requirement of working.

4      The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

In August 2010, Washington reported to the probation office and advised that his home address was 983 Grove Street in Irvington, New Jersey. Several attempts by the probation office to contact the offender at said residence and make a home inspection have been unsuccessful. Inasmuch as the offender has not maintained contact with the probation office and we are unaware of his current whereabouts, Washington is considered an absconder from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 04/19/2011

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

April 25, 2011
Date